## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 13-00022 RHK/JJG

_____

LEAH HALL,

        Plaintiff,

v.

                                     **NOTICE OF VOLUNTARY**
                                     **DISMISSAL WITH PREJUDICE**

STELLAR RECOVERY, INC.,

        Defendant.

_____

        **NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                  MARTINEAU, GONKO & VAVRECK, PLLC

Dated: April 19, 2013           _s/ Mark L. Vavreck_____.
                          Mark L. Vavreck, Esq.
                          Attorney I.D.#0318619
                          Attorney for Plaintiff
                          Designers Guild Building
                          401 North Third Street, Suite 600
                          Minneapolis, MN 55401
                          Telephone: (612) 659-9500
                          Facsimile:   (612) 659-9220