AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Leah Hall

V.

Stellar Recovery, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:   13-22 RHK/JJG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

| April 22, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)          A. Linner    Deputy Clerk |